# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADDISON FRANKLIN ORR,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79869

**FILED**

NOV 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to compel. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to compel, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Thomas W. Gregory, District Judge
       Addison Franklin Orr
       Attorney General/Carson City
       Douglas County District Attorney/Minden
       Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-48106